IN THE COMMONWEALTH COURT OF PENNSYLVANIA

S.W.,                     :

        Petitioner       :

                    :

     v.               :       No. 1422 C.D. 2017

                    :

Department of Human Services,   :

        Respondent    :

## **O R D E R**

NOW, September 6, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge